UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HELEN MURRAY,<br><br>Defendant | Criminal No. 26cr10044<br><br>Violation:<br><br>Count One: Wire Fraud<br>(18 U.S.C. § 1343)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. The defendant, HELEN MURRAY ("MURRAY"), was a resident of Malden, Massachusetts. From approximately 2009 through late October 2024, MURRAY was an employee at the Boston Housing Authority ("BHA"). During that period, MURRAY served in various roles, including as a clerk, then as a senior management aid, and finally as an executive secretary in the Property Management division in the BHA, from approximately late 2022 to October 2024.

2. The BHA is the City of Boston agency responsible for providing public and other affordable housing options to thousands of Boston residents. The BHA also administers federal government assistance programs and monies for locally subsidized housing. MURRAY worked at BHA's headquarters located on Chauncy Street in Boston.

3. As a BHA employee, MURRAY was eligible to earn overtime pay (at rates of 1 times, 1.5 times, or double her normal hourly pay rate, depending on the day or hours worked).

To collect overtime pay, BHA employees were required to: (i) receive supervisor permission to work overtime; (ii) enter truthful and accurate dates, times, and hours of overtime worked on an "Overtime Form"; and (iii) obtain a supervisor's electronic signature approving the overtime on the Overtime Form.

Scheme to Defraud the BHA

4. During the period from approximately January 2023 to August 2024, in the District of Massachusetts and elsewhere, MURRAY devised a scheme to defraud, and to obtain overtime pay, by filing false and fraudulent Overtime Forms with the BHA.

5. The purpose of the scheme was for MURRAY to obtain BHA overtime pay under false and misleading pretenses, including, but not limited to: (i) submitting false Overtime Forms that misrepresented the hours of overtime purportedly worked; and (ii) falsely representing that her BHA supervisor had approved such Overtime Forms.

Acts in Furtherance of the Scheme to Defraud

6. In furtherance of the scheme to defraud, MURRAY did the following:

  a. Entering false information as to overtime hours worked on Overtime Forms;

  b. Representing falsely that her BHA supervisor had approved such overtime on the Overtime Forms;

  c. Submitting false Overtime Forms to BHA payroll via email; and

  d. Collecting the fraudulently obtained overtime pay via direct deposit of her weekly BHA paycheck.

7. From approximately January 2023 through August 2024, MURRAY submitted to BHA payroll several dozen weekly Overtime Forms that were false and fraudulent, in that they overstated or falsely listed hours of overtime that MURRAY did not actually work. By submitting

these false Overtime Forms, MURRAY fraudulently obtained in excess of $40,000 in BHA overtime pay during the period in question.

<u>COUNT ONE</u>
Wire Fraud
(18 U.S.C. § 1343)

The United States Attorney charges:

9. The United States Attorney re-alleges and incorporates by reference paragraphs 1-8 of this Information.

10. On or about the date set forth below, in the District of Massachusetts and elsewhere, the defendant,

HELEN MURRAY,

having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing the scheme to defraud, as set forth below:

| Count | Approximate Date | Description |
|---|---|---|
| 1 | August 23, 2024 | Direct deposit wire of $1,902.12 from a BHA Bank Account to MURRAY's personal bank account at Bank of America, which had included gross overtime pay (prior to deductions for taxes, pension, and retirement savings) of approximately $1,307.82. |

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

11. Upon conviction of the offense in violation of: Title 18, United States Code, Section 1343, set forth in Count One, the defendant,

**HELEN MURRAY,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses. The property to be forfeited includes, but is not limited to, the following assets:

    a. $72,131, to be entered in the form of a forfeiture money judgment.

12. If any of the property described in Paragraph 11, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 11 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

                            LEAH B. FOLEY
                            United States Attorney

By:   *Dustin Chao*
      Dustin Chao
      Assistant U.S. Attorney

Dated: February 11, 2026