# ATTACHMENT A

**bha** BOSTON HOUSING AUTHORITY

52 Chauncy Street, Floor 11
Boston, Massachusetts 02111

P 617.988.4000
TTY 800.545.1833 x420
www.bostonhousing.org

June 16, 2026

The Honorable Indira Talwani
U.S. District Court for the District of Massachusetts
Boston, MA 02210

Re: United States v. Helen Murray, Docket Number: 1:26-cr-10044
Statement of Victim Impact by the Boston Housing Authority

Your Honor:

I am writing on behalf of the Boston Housing Authority regarding the sentencing of Helen Murray. The purpose of this statement is to highlight the impact that Ms. Murray's actions have had on our agency and to request that the Court order restitution to the Boston Housing Authority under the Mandatory Victim Restitution Act.

1.  Financial Impact
    The direct financial loss to the Boston Housing Authority is significant. We provide direct services to low-income Boston residents, so every dollar of funding is vitally important in fulfilling our mission. Although Ms. Murray has admitted to theft totaling approximately $72,000, our internal investigation indicated that the total theft may actually be more than $92,000.

    In addition, we allocated significant agency resources to conduct our internal investigation, including hundreds of hours of total staff time, technology resources, and legal consultation fees. This expenditure of resources continued throughout the course of the criminal investigation.

Page 1 of 3

Due to the nature of the misconduct, Ms. Murray was placed on administrative leave immediately when the misconduct was discovered. This strained operations as we were unexpectedly forced to redistribute her workload. In addition, because Ms. Murray was entitled to process pursuant to the Massachusetts civil service law, the BHA continued to pay her full salary during her period of administrative leave until she resigned. This also diverted critical funds and resources away from direct services.

2. Operational Impact

Beyond the direct financial impact, this crime disrupted and stressed our operations. In her role as Executive Secretary, Ms. Murray provided administrative support to an Assistant Director of Public Housing, who has oversight of more than twenty public housing developments in Boston. Ms. Murray was entrusted with many tasks involving sensitive and confidential information, regarding both our residents and other employees. Her actions were a significant breach of trust and created significant uncertainty about her general workplace performance and conduct.

When Ms. Murray's misconduct came to light, we also undertook an audit of other overtime submissions to ensure that there had been no instances of other employees committing similar theft. This audit required significant effort by several staff members, diverting time from their core responsibilities.

Finally, as a result of Ms. Murray's theft, we have implemented several corrective changes to our payroll processes. Implementing these changes has required significant and ongoing effort by several staff members, also diverting time from their core responsibilities in support of our agency mission.

3. Reputational Impact

As a public agency and a highly visible public service provider, it is critical that we maintain public trust, as well as the trust of the oversight agencies that have significant control of program and funding decisions. Safeguarding those programs and funds is of utmost importance to us, and maintaining the public trust is critical in supporting that goal. The Boston Housing Authority has worked hard to establish a reputation for integrity, and Ms. Murray's actions put our reputation at risk.

4.  Personal Impact

There has also been a significant personal impact. Ms. Murray's direct supervisor and other staff who worked with her have been devastated by Ms. Murray's breach of trust. She took advantage of long-time professional relationships, and this has felt like a personal betrayal to these staff.

We recognize Ms. Murray's willingness to swiftly acknowledge her wrongdoing and accept responsibility. Therefore, we fully support the recommendation of the United States Attorney's Office, including the recommendation that restitution to the Boston Housing Authority be ordered by the Court.

Sincerely,

Alexandra Flamme Rizvi
Chief of Corporate Policy and Standards